IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AP EQUITY PARTNERS LTD., | § | |
|    *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:20-cv-1108 |
| | § | |
| HARTFORD FIRE INSURANCE | § | |
| COMPANY, | § | |
|    *Defendant* | § | |

_____

**HARTFORD FIRE INSURANCE COMPANY'S
NOTICE OF REMOVAL**
_____

Defendant Hartford Fire Insurance Company ("Hartford"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the captioned action: Cause No. D-1-GN-20-005266 – *AP Equity Partners LTD. v. Hartford Fire Insurance Company,* In the 250th Judicial District Court of Travis County, Texas. In support of this Notice of Removal, Hartford respectfully submits the following:

     1.     Plaintiff, AP Equity Partners, Ltd. ("AP") commenced the state court action by filing its Original Petition on September 25, 2020, in the 250th Judicial District Court, Travis County, Texas. Hartford was served on October 16, 2020.

     2.     Hartford has requested certified copies of all process, pleadings, and orders from the 250th Judicial District Court of Travis County. Upon receipt, a copy of the state court's file will be supplemented.

     3.     The Petition avers that AP is a business that resides and conducts business in Travis County, Texas.[1] The Texas Secretary of State's office lists AP as a domestic limited partnership,

---

[1] Petition at ¶ 1.

whose general partner is AP Equity Properties Management, LLC, organized under the laws of Texas with its principal place of business located at 7703 N. Lamar Boulevard, Austin, Texas 78752.

4. The Petition alleges that Hartford is "in the business of insurance in the State of Texas."[2] In fact, Hartford is incorporated under the laws of Connecticut with its principal place of business in Hartford, Connecticut.

5. The Petition also alleges that AP is seeking "monetary relief over $1,000,000, including damages of any kind."[3]

6. Hartford does not admit the underlying facts alleged by AP in the Petition or as summarized above. Hartford expressly denies that it has any liability to AP.

7. This Notice of Removal is filed within 30 days of service of the Original Petition and is therefore timely under 28 U.S.C. § 1446(b).

## DIVERSITY JURISDICTION

8. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and the matter is removable to this Court pursuant to 28 U.S.C. § 1441(a), because there is complete diversity of citizenship between the Parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. On information and belief, AP is a Texas limited partnership whose general partner is a Texas limited liability corporation with its principal place of business in Austin, Texas. Hartford is incorporated in Connecticut with its principal place of business in Connecticut. Complete diversity of citizenship exists.

---

[2] Petition at ¶ 2.
[3] Petition at ¶ 4.

## REMOVAL PROCEDURE

9. The clerk of the 250th Judicial District Court of Travis County, Texas has been provided with notice of this Removal.

10. The following related documents are attached to this notice and incorporated here by reference:

   a. Index of matters being filed;
   b. List of all Parties and counsel of record; and,
   c. Documents contained in the state court file; Hartford will supplement with a complete copy of the state court file from the 250th Judicial District Court of Travis County, on receipt.

## CONCLUSION

11. Based on the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Hartford Fire Insurance Company removes this case to this Court for trial and final determination.

Respectfully submitted,

*/s/ Martin* R. Sadler
Martin R. Sadler
Texas Bar No.: 00788842
Federal ID No. 18230
Sadler@litchfieldcavo.com
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77058
Telephone: (713) 418-2000
Facsimile: (713) 418-2001

ATTORNEY-IN-CHARGE
HARTFORD FIRE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

This is to certify that on this, the 9th day of November 2020, a true and correct copy of the foregoing document was served on all known counsel of record by electronic transmission, pursuant to the Federal Rules of Civil Procedure and applicable Local Rules, as follows:

Whyte PLLC
Marc K. Whyte
mwhyte@whytepllc.com
2101 NW Military Hwy
San Antonio, Texas 78213

>*/s/ Martin* R. Sadler
>Martin R. Sadler