IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AP EQUITY PARTNERS LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1-20-CV-1108-RP |
| HARTFORD FIRE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

# **FINAL JUDGMENT**

On August 3, 2021, the Court granted the parties' joint motion to dismiss, (Joint Mot. Dismiss, Dkt. 18), which disposed of the claims this case. (Order, Dkt. 19). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 3, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE